**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| M.A. AND H.A. H/W | : No. 122 MM 2019 |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| DIOCESE OF SCRANTON, BISHOP | : |
| JAMES TIMLIN AND BISHOP JOSEPH | : |
| BAMBERA | : |
| | : |
| | : |
| PETITION OF:  DIOCESE OF | : |
| SCRANTON AND BISHOP JOSEPH | : |
| BAMBERA | : |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 15th day of November, 2019, the Application for Extraordinary Relief is DENIED.